No. 949 October 29, 2025 587

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DEREK IAN SMITH,
*Defendant-Appellant.*

Josephine County Circuit Court
21CR00718; A184143

Suzanne B. Chanti, Judge.

Submitted September 12, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Rond Chananudech, Deputy Public Defender, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment of conviction entered after defendant pleaded guilty to first-degree manslaughter and unlawful use of a weapon with a firearm. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant was indicted for first-degree murder with a firearm, first-degree robbery with a firearm, and unlawful use of a weapon with a firearm. The trial court accepted the parties' plea agreement. It entered convictions for the lesser-included offense of first-degree manslaughter and unlawful use of a weapon with a firearm, dismissed the robbery charge, and sentenced defendant to stipulated sentence of 240 months' imprisonment with credit for time served. Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.